IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DERRICK D. FIELDS                                                                             PLAINTIFF

v.                                    Case No. 4:22-cv-4044

DARNEQUIOUS EVANS, *et al*.                                         DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 73. Judge Bryant recommends that Plaintiff Derrick D. Fields' Motion for Summary Judgment (ECF No. 39) be denied, that Defendants' Motions for Summary Judgment (ECF Nos. 52 and 61) be granted, and that Plaintiff's claims be dismissed with prejudice. Plaintiff submitted a timely objection, but his objection does not specifically address any aspect of Judge Bryant's reasoning or conclusion. ECF No. 74. Rather, Plaintiff uses the objection to reiterate the general nature of his claims and his assertion that he is entitled to summary judgment. Accordingly, the Court reviews the instant Report and Recommendation for clear error instead of conducting a de novo review. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (specific objections shift a court's review from one which scrutinizes for plain error to one in which the issues are reviewed de novo); *and see* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error from the face of the record and that Judge Bryant's conclusion is sound, the Court adopts the instant Report and Recommendation (ECF No. 73) *in toto*. Plaintiff's Motion for Summary Judgment (ECF No. 39) is hereby **DENIED**. Defendants' Motions for Summary Judgement (ECF No. 52 and 61) are hereby **GRANTED**. Plaintiff's Second Amended Complaint (ECF No. 40) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of April, 2023.

                                                                                           /s/ Susan O. Hickey
                                                                                           Susan O. Hickey
                                                                                           Chief United States District Judge